# United States District Court
# For The Western District of North Carolina
# Asheville Division

Reggie Higgins,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                1:12cv297

FNU Miller, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/2012 Order.

                                                  Signed: October 1, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court