# United States District Court
# For The Western District of North Carolina
# Asheville Division

Reggie Higgins,

    Plaintiff(s),

vs.

FNU Miller, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:12cv297

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/2012 Order.

Signed: October 1, 2012

Frank G. Johns, Clerk
United States District Court